# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE "JORGE" CASAS | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:08CV127 LG-RHW |
| | § | |
| U.S. JOINER, LLC and NORTHRUP | § | |
| GRUMMAN SHIP SYSTEMS, INC. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [52] filed by the Defendant U.S. Joiner, LLC, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, U.S. Joiner, LLC, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE